FILED
United States Court of Appeals
Tenth Circuit

October 29, 2010

Elisabeth A. Shumaker
Clerk of Court

**PUBLISH**

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

---

TEAMSTERS LOCAL UNION NO.
523, affiliated with the International
Brotherhood of Teamsters,

Petitioner,

v.

NATIONAL LABOR RELATIONS
BOARD,

Respondent,

_____

KIRK RAMMAGE,

Intervenor.

Nos. 08-9568, 08-9577
(Ag. Nos. 17-CA-23404 & 17-CB-6146)

---

**OPINION ON REMAND FROM THE UNITED STATES SUPREME COURT**

---

Before **TACHA**, **HOLLOWAY**, and **KELLY**, Circuit Judges.

---

**TACHA**, Circuit Judge.

---

On remand from the United States Supreme Court's opinion in *Teamsters*

*Local Union Number 523 v. N.L.R.B.*, — S.Ct. —, 2010 WL 1990005 (2010), we

hold that the two-member NLRB group that issued the order in this case lacked

statutory authority to act.  *New Process Steel, L.P. v. N.L.R.B.*, 130 S.Ct. 2635, 2640 (2010).  Therefore, we VACATE the Board's order and REMAND to the Board for further proceedings.  We GRANT Respondent/Cross-Petitioner's motion for remand.